**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: C. R. BARD, INC.
       PELVIC REPAIR SYSTEMS
       PRODUCT LIABILITY LITIGATION       MDL No. 2187

-----------------------------------------------------------------

THIS DOCUMENT RELATES TO
ALL CIVIL CASES

### PRETRIAL ORDER #164
(Defendant C. R. Bard, Inc.'s Motion to Quash the Thomas Woods Subpoena)

Pending before the court is Defendant C. R. Bard, Inc.'s Motion to Quash the Thomas Woods Subpoena. (ECF No. 1425). In view of Plaintiffs' Notice of Withdrawal of Subpoena to Thomas Woods, (ECF No. 1429), the court hereby **DENIES** Defendant C. R. Bard, Inc.'s Motion to Quash the Thomas Woods Subpoena as moot. It is so **ORDERED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:10-md-2187 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:15-cv-01316. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered

by the court. The orders may be accessed through the CM/ECF system or the court's website at **http://www.wvsd.uscourts.gov**.

**ENTERED:** February 3, 2015

_____
Cheryl A. Eifert
United States Magistrate Judge